1   LAWRENCE K. ROCKWELL, #72410
    ERIC DONEY, #76260
2   JULIE E. HOFER, #152185
    DONAHUE GALLAGHER WOODS LLP
3   Attorneys at Law
    300 Lakeside Drive, Suite 1900
4   Oakland, California  94612-3570
    Telephone:     (510) 451-0544
5   Facsimile:     (510) 832-1486
    Email:  julie@donahue.com
6
    Attorneys for Plaintiffs
7   ADOBE SYSTEMS INCORPORATED,
    AUTODESK, INC., and
8   MICROSOFT CORPORATION

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12

13  ADOBE SYSTEMS INCORPORATED,          CASE NO.
    a Delaware corporation, AUTODESK,
14  INC., a Delaware corporation, and     COMPLAINT FOR COPYRIGHT
    MICROSOFT CORPORATION, a              INFRINGEMENT, DAMAGES AND
15  Washington corporation,               INJUNCTIVE RELIEF

16              Plaintiffs,

17       v.

18  MATTHEW MILLER, an individual, and
    DOES 1-10, inclusive,
19
                Defendants.
20

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1  Plaintiffs Adobe Systems Incorporated ("Adobe"), Autodesk, Inc. ("Autodesk"), and

2  Microsoft Corporation ("Microsoft"), referred to collectively hereinafter as "Plaintiffs," for their

3  complaint against defendants, state and allege as follows:

## JURISDICTION AND VENUE

### Parties

6  1.  Adobe is a Delaware corporation with its principal place of business in San Jose,

7  California.

8  2.  Autodesk is a Delaware corporation with its principal place of business in San

9  Rafael, California.

10  3.  Microsoft is a Washington corporation with its principal place of business in

11  Redmond, Washington, and offices in San Francisco, California.

12  4.  Upon information and belief, Plaintiffs allege that defendant Matthew Miller

13  ("Miller") is an individual whose place of residence is in Newark, Delaware, and who does

14  business using the Internet.

15  5.  Upon information and belief, Plaintiffs allege that defendants named herein as

16  Does 1-10, inclusive, (referred to collectively hereinafter as the "Does") are either entities or

17  individuals subject to the jurisdiction of this Court. The true names and capacities, whether

18  individual, corporate, associate, or otherwise, of the Does are unknown to Plaintiffs, who

19  therefore sue the Does, and each of them, by such fictitious names, and Plaintiffs will seek leave

20  of the Court to amend this Complaint to allege such true names and capacities when the same are

21  ascertained. Miller and the Does are referred to collectively hereinafter as "Defendants."

22  6.  Upon information and belief, Plaintiffs allege each of the Defendants was an

23  agent, employee, and/or alter-ego of each of the other remaining Defendants and, at all times

24  relevant herein, acted within the course and scope of such agency and employment.

### Jurisdiction

26  7.  This case is a civil action arising under the copyright laws of the United States, 17

27  U.S.C. § 101, *et seq.* (the "Copyright Act"). This Court has subject matter jurisdiction over

28  Plaintiffs' claims pursuant to 17 U.S.C. § 501, *et seq.*, 28 U.S.C. § 1331, and 28 U.S.C. § 1338(a).

-1-

<u>**Venue**</u>

8.       Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and 1400(a).

<u>**Intradistrict Assignment**</u>

9.       Because this matter is an Intellectual Property Action, there is no basis for assignment to a particular location or division of the Court pursuant to Civil L.R. 3-2(c).

<u>**GENERAL ALLEGATIONS**</u>

<u>**Introduction**</u>

10.      Plaintiffs are in the business of, and have made and continue to make a substantial investment of time, effort and expense in, designing, developing, testing, manufacturing, publishing, marketing, distributing, and licensing a wide variety of computer software programs recorded on various media, including among others optical discs, for use on personal computers. Plaintiffs have gained a worldwide reputation for quality and reliability respecting their computer software programs.

11.      Widespread sales of illegal copies of Plaintiffs' computer software programs, commonly known as software piracy, cause significant harm to Plaintiffs and undermine Plaintiffs' investments in their products.

12.      Plaintiffs bring this action as a result of Defendants' systematic, unauthorized copying, reproduction, and distribution of Plaintiffs' software products through sales conducted over the Internet, including via the trading website accessible through the domain name iOffer.com (the "iOffer website"). Defendants' actions complained of herein were and continue to be undertaken willfully and intentionally and have caused and continue to cause substantial damage to Plaintiffs and to the software industry.

13.      In connection with Plaintiffs' computer software programs, Plaintiffs own copyrights that are the subject of registrations with the United States Copyright Office.

14.      Plaintiffs are informed and believe and thereon allege that, without authorization, Miller, with assistance, supervision, support, and/or supplies received from the Does, has copied, reproduced, offered for sale, sold, and/or distributed unauthorized copies of Plaintiffs' copyrighted computer software programs.

-2-

15.     Defendants' actions complained of herein constitute willful violation of Plaintiffs' rights under the Copyright Act.   Plaintiffs request the Court enter an injunction against Defendants and award Plaintiffs damages, costs, and attorney's fees.

### The Business of Adobe

16.     Adobe is in the business of developing, marketing, and licensing a wide variety of computer software programs, including, but not limited to Adobe® Acrobat® 8 Professional software, and Adobe® Creative Suite® 3 Master Collection software, which is a suite of numerous component software products, including Adobe® Acrobat® 8 Professional software, Adobe® Acrobat® Connect software, Adobe® After Effects® CS3 Professional software, Adobe® Contribute® software, Adobe® Dreamweaver® CS3 Professional software, Adobe® Encore® 3.0 software, Adobe® Fireworks® CS3 software, Adobe® Flash® CS3 Professional software, Adobe® Illustrator® CS3 software, Adobe® InDesign® CS3 software, Adobe OnLocation™ CS3 software, Adobe® Photoshop® CS3 software, Adobe Premiere® Pro CS3 software, Adobe® Soundbooth™ CS3 software, Adobe Ultra® CS3 software, and Adobe® VersionCue® CS3 SDK software (referred to collectively hereinafter as the "Adobe Products").

17.     The Adobe Products contain a large amount of material wholly original with Adobe and are copyrightable subject matter under the laws of the United States.

18.     At all times herein relevant, Adobe complied in all respects with the Copyright Act, secured the exclusive rights and privileges in and to the copyrights in the Adobe Products, and possessed Certificates of Registration from the Register of Copyrights for the Adobe Products (see Exhibit A hereto, incorporated herein by reference).

19.     Since their registration, the Adobe Products have been published and distributed by Adobe or under its authority in compliance with the Copyright Act.

20.     Adobe has not authorized Defendants to copy, reproduce, duplicate, disseminate, or distribute the Adobe Products.

### The Business of Autodesk

21.     Autodesk is in the business of developing, marketing, and licensing a wide variety of computer software programs, including, but not limited to, AutoCAD® 2009 software (referred

-3-

1   to hereinafter as the "Autodesk Product").

2      22. The Autodesk Product contains a large amount of material wholly original with

3   Autodesk and is copyrightable subject matter under the laws of the United States.

4      23. At all times herein relevant, Autodesk complied in all respects with the Copyright

5   Act, secured the exclusive rights and privileges in and to the copyright in the Autodesk Product,

6   and possessed a Certificate of Registration from the Register of Copyrights for the Autodesk

7   Product (see Exhibit B hereto, incorporated herein by reference).

8      24. Since its registration, the Autodesk Product has been published and distributed by

9   Autodesk or under its authority in compliance with the provisions of the Copyright Act.

10      25. Autodesk has not authorized Defendants to copy, reproduce, duplicate,

11   disseminate, or distribute the Autodesk Product.

12   **The Business of Microsoft**

13      26. Microsoft is in the business of developing, marketing, and licensing a wide variety

14   of computer software programs, including, but not limited to, Microsoft® Office 2007 software,

15   which is a suite of numerous component software products, including Microsoft® Office Access®

16   2007 software, Microsoft® Office Excel 2007 software, Microsoft® Office Outlook® 2007

17   software, Microsoft® Office PowerPoint® 2007 software, Microsoft® Office Publisher 2007

18   software, and Microsoft® Office Word 2007 software (referred to collectively hereinafter as the

19   "Microsoft Products").

20      27. The Microsoft Products contain a large amount of material wholly original with

21   Microsoft and are copyrightable subject matter under the laws of the United States.

22      28. At all times herein relevant, Microsoft complied in all respects with the Copyright

23   Act, secured the exclusive rights and privileges in and to the copyrights in the Microsoft Products,

24   and possessed Certificates of Registration from the Register of Copyrights for the Microsoft

25   Products (see Exhibit C hereto, incorporated herein by reference).

26      29. Since their registration, the Microsoft Products have been published and

27   distributed by Microsoft or under its authority in compliance with the provisions of the Copyright

28   Act.

-4-

1    30.    Microsoft has not authorized Defendants to copy, reproduce, duplicate,

2    disseminate, or distribute the Microsoft Products.

3    **The Business and Infringing Activities of Defendants**

4    31.    Plaintiffs are informed and believe and thereon allege that Defendants use the

5    Internet, including without limitation, the iOffer website, to advertise, sell, and distribute

6    products, including illegal copies of computer software products, to consumers throughout the

7    United States.

8    32.    The iOffer website describes itself as a trading community for buying, selling, and

9    trading, with more than 20 million items available from 165 countries. The iOffer website

10   provides as the contact information for its owner(s) and/or operator(s) an address in San

11   Francisco, California in the Northern District of California. Plaintiffs are informed and believe

12   and thereon allege that Defendants are required to pay fees to the owner(s) and/or operator(s) of

13   the iOffer website to sell items through the iOffer website.

14   33.    Plaintiffs are informed and believe and thereon allege that Miller, with assistance,

15   supervision, support, and/or supplies received from the Does, does business through the iOffer

16   website under various user IDs, including, without limitation, the user ID "mattymillz."

17   34.    Plaintiffs are informed and believe and thereon allege that Defendants have used

18   the Internet, including without limitation the iOffer website, to advertise, offer for sale, sell, and

19   distribute unauthorized copies, or copies of unauthorized derivative works, of the Adobe

20   Products, the Autodesk Product, and the Microsoft Products (referred to collectively hereinafter

21   as the "Computer Software Products") to consumers throughout the United States, including in

22   California. Plaintiffs are informed and believe and thereon allege that Defendants or their agents

23   made such unauthorized copies of the Computer Software Products.

24   35.    Plaintiffs are informed and believe and thereon allege that Defendants have

25   engaged willfully and intentionally in the conduct complained of above.

26   36.    Adobe and Autodesk are informed and believe and thereon allege that Miller

27   knew, or reasonably should have known, that Adobe and Autodesk are located in California, and

28   that Miller directed and aimed his unauthorized activity at Adobe and Autodesk located in this

-5-

1    Northern District of California.  Adobe and Autodesk are informed and believe and thereon allege

2    that Miller knew, or reasonably should have known, that Adobe and Autodesk would likely suffer

3    the brunt of the harm caused by Defendants in California at the principal places of business of

4    Adobe and Autodesk in the Northern District of California.  The acts of Defendants complained

5    of herein caused Adobe to bear the brunt of the harm at its principal place of business in San Jose,

6    California and caused Autodesk to bear the brunt of the harm at its principal place of business in

7    San Rafael, California within this District.

8
### FIRST CLAIM FOR RELIEF

9
### (Copyright Infringement Against All Defendants)

10         37.    Plaintiffs re-allege and incorporate herein by this reference each of the allegations

11    contained in Paragraphs 1 through 36 as though fully set forth.

12         38.    Defendants' acts constitute infringement of Plaintiffs' copyrights in the Computer

13    Software Products in violation of the Copyright Act, 17 U.S.C. § 501.

14         39.    Plaintiffs are informed and believe and thereon allege that Defendants'

15    unauthorized copying, reproduction, and distribution of the Computer Software Products was

16    deliberate, willful, malicious, oppressive, and without regard to the Plaintiffs' proprietary rights.

17         40.    Defendants' copyright infringement has caused, and will continue to cause,

18    Plaintiffs to suffer substantial injuries, loss and damage to their proprietary and exclusive rights

19    to, and copyrights in, the Computer Software Products and, further, has damaged Plaintiffs'

20    business reputations and goodwill, diverted Plaintiffs' trade, and caused Plaintiffs to lose profits,

21    all in an amount not yet ascertained.

22         41.    Defendants' copyright infringement, and the threat of continuing infringement by

23    Defendants, have caused, and will continue to cause, Plaintiffs to suffer repeated and irreparable

24    injury.  It would be difficult to ascertain the amount of money damages that would afford

25    Plaintiffs adequate relief at law for Defendants' continuing acts, and a multiplicity of judicial

26    proceedings would be required. Plaintiffs' remedy at law is not adequate to compensate Plaintiffs

27    for the injuries already inflicted and further threatened by Defendants.  Therefore, Defendants

28    should be restrained and enjoined pursuant to the Copyright Act.

1

**PRAYER FOR RELIEF**

2

WHEREFORE, Plaintiffs seek relief as follows:

3    1.    That, upon motion, the Court issue a preliminary injunction enjoining and

4  restraining Defendants, and each of them, and their respective agents, servants, employees,

5  successors and assigns, and all other persons acting in concert or conspiracy with Defendants or

6  affiliated with Defendants, from:

7    (a)    Copying, reproducing, distributing, or using any unauthorized copies of

8  Plaintiffs' copyrighted computer software programs;

9    (b)    Otherwise infringing any of Plaintiffs' copyrights; and

10    (c)    Destroying any copies of software products, materials, or documents,

11  including without limitation electronic files or business records, that relate or pertain to:

12    (i)    The copying, reproduction, advertisement, offering for sale, sale,

13  distribution, or use of Plaintiffs' computer software programs; or

14    (ii)    The infringement of Plaintiffs' copyrights.

15    2.    That the Court issue a permanent injunction making permanent the orders

16  requested in paragraphs 1(a) and (b) of this Prayer for Relief;

17    3.    That Plaintiffs be awarded for Defendants' copyright infringement either:

18  (a) actual damages in an amount to be determined at trial, together with the profits derived from

19  Defendants' unlawful infringement of Plaintiffs' copyrighted Computer Software Products; or

20  (b) statutory damages for each act of infringement in an amount provided by law, as set forth in

21  17 U.S.C. § 504, at Plaintiffs' election before the entry of a final judgment;

22    4.    That the Court issue an order requiring Defendants to file with this Court and serve

23  on Plaintiffs within thirty (30) days after service of an injunction a report, in writing, under oath,

24  setting forth in detail the manner and form in which Defendants have complied with the

25  injunction;

26    5.    That the Court issue an order upon judgment requiring Defendants to destroy any

27  and all infringing copies of Plaintiffs' computer software programs in Defendants' possession or

28  control;

-7-

1      6.     That the Court award Plaintiffs their reasonable attorney's fees pursuant to 17

2 U.S.C. § 505;

3      7.     That the Court award Plaintiffs their costs of suit incurred herein; and

4      8.     That the Court grant such other and further relief as it deems just and proper.

5 Dated: October 27th, 2008           DONAHUE GALLAGHER WOODS LLP

6

7                    By: _____

8                        Julie E. Hofer
                          Attorneys for Plaintiffs

9                           ADOBE SYSTEMS INCORPORATED,
                          AUTODESK, INC., and

10                           MICROSOFT CORPORATION

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

## EXHIBIT A
## Adobe Systems Incorporated
## Copyright Registrations

| Copyrights | Registration No. | Registration Date |
|---|---|---|
| Adobe® Creative Suite® 3 Master Collection for Windows and Macintosh | TX 6-457-918 | 8/24/07 |
| Adobe® Acrobat® 8 Professional for Macintosh | TX 6-390-830 | 11/16/2006 |
| Adobe® Acrobat® 8 Professional for Windows | TX 6-390-827 | 11/16/2006 |
| Adobe® Acrobat® Connect | TX-6-390-835 (1.0 for Windows) TX-6-390-834 (1.0 for Mac) | 11/16/2006 |
| Adobe® After Effects® CS3 Professional for Windows and Macintosh | TX 6-457-851 | 8/24/2007 |
| Adobe® Contribute CS3 for Windows and Macintosh | TX 6-531-602 | 6/13/2007 |
| Adobe® Dreamweaver® CS3 Professional for Windows and Macintosh | TX 6-534-561 | 6/15/2007 |
| Adobe® Encore™ 3.0 for Windows and Macintosh | TX 6-457-838 | 8/24/2007 |
| Adobe® Fireworks® CS3 for Windows and Macintosh | TX 6-531-654 | 6/25/2007 |
| Adobe® Flash® CS3 Professional for Windows and Macintosh | TX 6-531-604 | 6/13/2007 |
| Adobe® Illustrator® CS3 for Windows and Macintosh | TX 6-531-603 | 6/13/2007 |
| Adobe® InDesign® CS3 for Windows and Macintosh | TX 6-528-610 | 5/22/2007 |
| Adobe® OnLocation™ CS3 for Windows | TX 6-637-394 | 7/26/2007 |
| Adobe® Photoshop® CS3 Extended for Windows and Macintosh | TX 6-528-612 | 5/22/2007 |
| Adobe® Premiere® Pro CS3 for Windows and Macintosh | TX 6-534-535 | 7/30/2007 |
| Adobe® Soundbooth® CS3 for Windows and Macintosh | TX 6-457-903 | 8/24/2007 |

## EXHIBIT A
## Adobe Systems Incorporated

| | | |
|---|---|---|
| Adobe® Ultra® CS3 for Windows | TX  6-637-395 | 7/26/2007 |
| Adobe® Version Cue® CS3 SDK for Windows and Macintosh | TX-6-534-547 | 8/2/2007 |

EXHIBIT A

# EXHIBIT B

## EXHIBIT B
## Autodesk, Inc.
## Copyright Registration

| Copyrights | Registration No. | Registration Date |
|---|---|---|
| AutoCAD® 2009 | TX 6-861-815 | 6/2/2008 |

EXHIBIT B

# EXHIBIT C

**EXHIBIT C**
**Microsoft Corporation**
**Copyright Registrations**

| Copyrights | Registration No. | Registration Date |
|---|---|---|
| Microsoft® Office Ultimate 2007 | TX 5-504-552 | 2/26/2007 |
| Microsoft® Office Access® 2007 | TX 6-524-395 | 3/30/2007 |
| Microsoft® Office Excel 2007 | TX 6-524-399 | 3/30/2007 |
| Microsoft® Office Outlook® 2007 | TX 6-524-393 | 3/30/2007 |
| Microsoft® Office PowerPoint® 2007 | TX 6-524-389 | 3/30/2007 |
| Microsoft® Office Publisher 2007 | TX 6-524-388 | 3/30/2007 |
| Microsoft® Office Word 2007 | TX 6-524-398 | 3/30/2007 |

EXHIBIT C