| | |
|---|---|
| 1 | JULIE E. HOFER, #152185<br>Email: julie@donahue.com |
| 2 | ERIC A. HANDLER, #224637<br>Email: ehandler@donahue.com |
| 3 | DONAHUE GALLAGHER WOODS LLP<br>Attorneys at Law |
| 4 | 300 Lakeside Drive, Suite 1900<br>Oakland, California 94612-3570 |
| 5 | Telephone: (510) 451-0544<br>Facsimile: (510) 832-1486 |
| 6 | |
| 7 | Attorneys for Plaintiffs<br>ADOBE SYSTEMS INCORPORATED, |
| 8 | AUTODESK, INC., and MICROSOFT<br>CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware corporation, AUTODESK, INC., a Delaware corporation, and MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW MILLER, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. C08-04895-SI<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR ORDER CANCELING CASE MANAGEMENT CONFERENCE BASED ON PENDING <u>MOTION FOR DEFAULT JUDGMENT</u>**<br><br>CMC Date: March 13, 2009<br>Time: 2:30 p.m.<br>Dept.: Courtroom 10, 19th Floor<br>Judge: Hon. Susan Illston |

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION     CASE NO. C08-04895-SI

1  This matter having come before the Court on Plaintiffs' Ex Parte Application For Order
2  Canceling Case Management Conference Based On Pending Motion For Default Judgment, and
3  based thereon,
4  IT IS HEREBY ORDERED the Case Management Conference currently scheduled for
5  March 13, 2009 is canceled.

Dated: _____    _____
                                  Hon. Susan Illston
                                  United States District Court Judge