JULIE E. HOFER, #152185
Email: julie@donahue.com
ERIC A. HANDLER, #224637
Email: ehandler@donahue.com
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California 94612-3570
Telephone: (510) 451-0544
Facsimile: (510) 832-1486

Attorneys for Plaintiffs
ADOBE SYSTEMS INCORPORATED,
AUTODESK, INC., and MICROSOFT
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware corporation, AUTODESK, INC., a Delaware corporation, and MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW MILLER, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. C08-04895-SI<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT MATTHEW MILLER**<br><br>Date: May 15, 2009<br>Time: 9:00 a.m.<br>Dept.: Courtroom 10, 19th Floor<br>Judge: Hon. Susan Illston |

The defendant Matthew Miller ("Defendant") having failed to plead or otherwise appear in this action and Defendant's default having been entered by the Clerk pursuant to FRCP 55(a);

Plaintiffs Adobe Systems Incorporated, Autodesk, Inc., and Microsoft Corporation (collectively, "Plaintiffs") having filed their Motion For Entry Of Default Judgment And Permanent Injunction Against Defendant Matthew Miller (the "Motion"), supported by the Declarations of Paul Fournier and Julie E. Hofer (collectively, the "Declarations"), and having

-1-

served the Motion and the Declarations on Defendant; and

The Court having considered the Motion, the Declarations, the evidence and documents on file herein, and the testimony and evidence presented at the hearing on the Motion, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND ~~DECRIED~~ DECREED THAT:

(1) The Court finds that Defendant willfully and intentionally infringed Plaintiffs' copyrights in the following software products: Adobe® Acrobat® 8 Professional software; Adobe® After Effects® CS3 Professional software; Adobe® Contribute® software; Adobe® Dreamweaver® CS3 Professional software; Adobe® Encore® 3.0 software; Adobe® Fireworks® CS3 software; Adobe® Flash® CS3 Professional software; Adobe® Illustrator® CS3 software; Adobe® InDesign® CS3 software; Adobe® Photoshop® CS3 software; Adobe Premiere® Pro CS3 software; Adobe® Soundbooth™ CS3 software; Adobe® Ultra® CS3 software; AutoCAD® 2009 software; Microsoft® Office Access® 2007 software; Microsoft® Office Excel 2007 software; Microsoft® Office Outlook® 2007 software; Microsoft® Office PowerPoint® 2007 software; Microsoft® Office Publisher 2007 software; and Microsoft® Office Word 2007 software;

(2) Pursuant to 17 U.S.C. § 502(a), the Court hereby issues a permanent injunction enjoining and restraining Defendant and Defendant's agents, servants, employees, successors, and assigns, and any and all other persons acting in concert with or in conspiracy with or affiliated with Defendant, from copying, reproducing, distributing, or using any unauthorized copies of any of Plaintiffs' software products or otherwise infringing any of Plaintiffs' copyrights;

(3) Pursuant to 17 U.S.C. § 503(b), Defendant is hereby required to immediately destroy any and all infringing copies of any of Plaintiffs' software products in Defendant's possession or control, regardless of whether those copies are contained on optical discs such as digital video discs or compact discs, installed on computer hard drives, or otherwise stored on tangible media of any sort;

(4) Pursuant to 17 U.S.C. § 504, Plaintiff Adobe Systems Incorporated is awarded statutory damages of $65,000;

(5) Pursuant to 17 U.S.C. § 504, Plaintiff Autodesk, Inc. is awarded statutory damages

1  of $10,000;

2  (6) Pursuant to 17 U.S.C. § 504, Plaintiff Microsoft Corporation is awarded statutory
3  damages of $120,000;

4  (7) Pursuant to 17 U.S.C. § 505, Plaintiffs are awarded costs of suit in the combined
5  amount of $415;

6  (8) Pursuant to 17 U.S.C. § 505, Plaintiffs are awarded their reasonable attorney's fees
7  in the combined amount of $ 15,148.00 ; and

8  (9) Pursuant to 28 U.S.C. § 1961(a), Plaintiffs shall be entitled to post-judgment
9  interest on the sums described herein at the statutory rate.

10  **IT IS SO ORDERED.**

12  Dated: 5/15/09

          *[Signature: Susan Illston]*
Hon. Susan Illston
United States District Court Judge