JULIE E. HOFER, #152185
Email: julie@donahue.com
ERIC A. HANDLER, #224637
Email: ehandler@donahue.com
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California 94612-3570
Telephone:     (510) 451-0544
Facsimile:     (510) 832-1486

Attorneys for Plaintiffs
ADOBE SYSTEMS INCORPORATED,
AUTODESK, INC., and MICROSOFT
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware corporation, AUTODESK, INC., a Delaware corporation, and MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW MILLER, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. C08-04895-SI<br><br>**JUDGMENT**<br><br>Dept.:      Courtroom 10, 19th Floor<br>Judge:    Hon. Susan Illston |

On _____May 15_____, 2009, this Court entered in this action its Order Granting Motion For Default Judgment And Permanent Injunction Against Defendant Matthew Miller ("Defendant"). In accordance therewith, it is hereby ORDERED AND ADJUDGED as follows:

1. Defendant is permanently enjoined pursuant to 17 U.S.C. § 502(a) from copying, reproducing, distributing, or using any unauthorized copies of any software products of plaintiffs Adobe Systems Incorporated, Autodesk, Inc., and Microsoft Corporation (collectively,

-1-

"Plaintiffs") or otherwise infringing any of Plaintiffs' copyrights;

2.      Pursuant to 17 U.S.C. § 503(b), Defendant is hereby ORDERED to immediately destroy any and all infringing copies of any of Plaintiffs' software products in Defendant's possession or control, regardless of whether those copies are contained on optical discs such as digital video discs or compact discs, installed on computer hard drives, or otherwise stored on tangible media of any sort;

3.      Pursuant to 17 U.S.C. § 504, Plaintiffs are awarded statutory damages in the combined amount of $195,000, which consists of awards of $120,000 in favor of plaintiff Microsoft Corporation, $65,000 in favor of plaintiff Adobe Systems Incorporation, and $10,000 in favor of plaintiff Autodesk, Inc.;

4.      Pursuant to 17 U.S.C. § 505, Plaintiffs are awarded their costs of suit in the combined amount of $415; and

5.      Pursuant to 17 U.S.C. § 505, Plaintiffs are awarded their reasonable attorney's fees in the combined amount of $__15,148.00_____.

**IT IS SO ORDERED.**

Dated: __5/15/09_____    _____

Hon. Susan Illston
United States District Court Judge